UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARL FULSOM GLENN, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:05-CV-0235-G |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:01-CR-386-G |
| Respondent. | ) | |

## OPINION AND ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions and recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court, except that on page 1, line 22, the word "plead" should be changed to "pleaded."

It is, therefore, **ORDERED** that the findings, conclusions and recommendation of the United States Magistrate Judge are **ADOPTED**.

July 14, 2005.

_____
A. JOE FISH
CHIEF JUDGE